RANDALL B. AIMAN-SMITH #124599
REED W.L. MARCY #191531
HALLIE VON ROCK #233152

aiman-smith & marcy

7677 oakport street suite 1020
oakland    california    94621
t:510.562.6800  f:510.562.6830

Attorneys for Plaintiff
Susan Hurtado

ALFRED DE LA CRUZ # 151388
KENNETH KAWABATA # 149391
MANNING & KASS
ELLROD RAMIREZ TRESTER LLP
550 WEST "C" STREET, SUITE 1900
SAN DIEGO, CALIFORNIA 92101
TELEPHONE: (619) 515-0269
FACSIMILE: (619) 515-0268

Attorneys for Defendants
Ikea U.S. West, Inc., et al.

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUSAN HURTADO, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>IKEA U.S. WEST, INC., a corporation, IKEA DISTRIBUTION SERVICES, INC. a corporation, IKEA NORTH AMERICA CAPITAL, INC., a corporation, IKEA PROPERTY, INC., a corporation, IKEA SUPPLY AG, a corporation, and DOES 1-250,<br><br>Defendants. | Case No.: C 11-3156 PJH<br><br>**STIPULATION AND ORDER TO DISMISS WITHOUT PREJUDICE DEFENDANTS IKEA DISTRIBUTION SERVICES, INC., a corporation, IKEA NORTH AMERICA CAPITAL, INC., a corporation, IKEA PROPERTY, INC., a corporation, and IKEA SUPPLY AG, a corporation.** |

1    Counsel for Susan Hurtado in *Hurtado v. Ikea U.S. West, Inc., et al.*, Case No. C 11-
2 3156-PJH, and counsel for defendant Ikea U.S. West, Inc., et al. ("Ikea") stipulate as follows
3 pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii):
4    Whereas, Plaintiffs complaint was filed on February 25, 2011 in the Superior Court of
5 California, in and for the County of Alameda, Case No. RG11563120;
6    Whereas, this case was removed from the Superior Court of California, in and for the
7 County of Alameda, pursuant to 28 USC §§ 1332, 1441, and 1446 on June 24, 2011;
8    Whereas, Plaintiff erroneously named and served IKEA DISTRIBUTION SERVICES,
9 INC., a corporation, IKEA NORTH AMERICA CAPITAL, INC., a corporation, IKEA
10 PROPERTY, INC., a corporation, and IKEA SUPPLY AG, a corporation;
11    Whereas, IKEA U.S. WEST, INC., a corporation, is the only named defendant who runs
12 and operates all IKEA retail locations in California; and
13    Whereas, Counsel for the respective parties have conferred regarding the issue of the
14 erroneously named defendants and counsel for Plaintiff has agreed to dismiss IKEA
15 DISTRIBUTION SERVICES, INC., a corporation, IKEA NORTH AMERICA CAPITAL,
16 INC., a corporation, IKEA PROPERTY, INC., a corporation, and IKEA SUPPLY AG, a
17 corporation;
18    THEREFORE, the parties hereby stipulate and agree:
19    Defendants IKEA DISTRIBUTION SERVICES, INC., a corporation, IKEA NORTH
20 AMERICA CAPITAL, INC., a corporation, IKEA PROPERTY, INC., a corporation, and
21 IKEA SUPPLY AG, a corporation are dismissed without prejudice pursuant to Federal Rule of
22 Civil Procedure 41(a)(1)(A).
23    The parties agree that each will bear their own attorneys' fees and costs.
24    No payments have been made to either Plaintiff or her counsel in exchange for any
25 agreement to voluntarily dismiss this action; and
26 //
27 //
28 //

Stipulation and Order to Dismiss Without Prejudice (except as to defendant IKEA U.S. WEST, INC.)
*Hurtado, et al. v. Ikea U.S. West, Inc., et al.*    Case no. C-11-3156 PJH
Page 1

No notice to the proposed class is required under Federal Rule of Civil Procedure 23(e); as Plaintiff has not moved for class certification and no class has been certified.

Date: 9/20/2011

/s/ Hallie Von Rock
_____

Hallie Von Rock
Attorney for Plaintiff Susan Hurtado

Date: 9/20/2011

/s/ Kenneth Kawabata
_____

Kenneth Kawabata
Attorney for Defendant Ikea U.S. West, Inc.

Stipulation and Order to Dismiss Without Prejudice (except as to defendant IKEA U.S. WEST, INC.)
*Hurtado, et al. v. Ikea U.S. West, Inc., et al.*   Case no. C-11-3156 PJH
Page 2

|   |   |
|---|---|
| 1 | ORDER |
| 2 | PURSUANT TO STIPULATION, IT IS SO ORDERED: |

Defendants IKEA DISTRIBUTION SERVICES, INC., a corporation, IKEA NORTH AMERICA CAPITAL, INC., a corporation, IKEA PROPERTY, INC., a corporation, and IKEA SUPPLY AG, a corporation are dismissed without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A).

Date: 9/23/11



Hon. Judge Phyllis J. Hamilton
IT IS SO ORDERED

**Stipulation and Order to Dismiss Without Prejudice (except as to defendant IKEA U.S. WEST, INC.)**
*Hurtado, et al. v. Ikea U.S. West, Inc., et al.*     Case no. C-11-3156 PJH
Page 3